## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

COUNTY WIDE MECHANICAL
SERVICES, LLC,

    *Plaintiff*,

v.

REGENT INSURANCE COMPANY

    *Defendant*.

    :
    :
    :    CIVIL ACTION NO. 3:20-CV-01135-VAB
    :
    :
    :
    :
    :
    :    APRIL 23, 2021
    :

## MOTION FOR STAY OF DISCOVERY

Defendant and counterclaimant, **REGENT INSURANCE COMPANY ("REGENT")**, by and through its attorneys GOLDBERG SEGALLA LLP, hereby moves for a stay of discovery until this Court has issued a decision on Regent's Motion for Judgment on the Pleadings. (ECF #26). Plaintiff and counterclaim defendant, County Wide Mechanical Services, LLC ("County Wide") consents to this motion.

The parties to this action dispute whether Regent has a duty to defend and/or indemnify its insured, County Wide, in an underlying civil action captioned *MCAP Sabine Pointe, LLC d/b/a the Saybrook Inn at Haddam v. PAC Group, LLC, et al.,* MMX-CV19-pursuant to the parties' liability insurance policy CCX0808071. The parties agree that their dispute, the existence or non-existence of Regent's defense obligation, is a purely legal question for this Court to decide. Accordingly, engaging in discovery at this juncture is unnecessary and potentially a waste of the parties' and possibly the Court's limited time and resources.

WHEREFORE, Regent moves for a *nunc pro tunc* stay of all discovery until this Court has decided Regent's Motion for Judgment on the Pleadings in order to ensure the efficient litigation of this action.

DATE: April 23, 2021

Respectfully submitted,

DEFENDANT & COUNTERCLAIMANT
REGENT INSURANCE COMPANY


By: _/s/ *Jason E. Rusche*_____
Jason E. Rusche, Esq. (ct30922)
Goldberg Segalla LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Tel: (860) 760-3307
Fax: (860) 760-3301
Email: jrusche@goldbergsegalla.com

29763302.v1

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 23, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

p

             */s/ Jason E. Rusche*
             Jason E. Rusche

29763302.v1